# LAW OFFICE OF CANER

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
**Fax: 646-679-2527**

> Application granted. The initial pretrial conference currently scheduled for February 24, 2022 at 12:00 p.m. is adjourned to April 20, 2022 at 3:00 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 14.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 22, 2022

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

  **Re:**  **00162-Defranco**
     **21-cv-7478-PMH**

Dear Judge Halpern:

  This office represents the plaintiff in the above referenced matter. I write to you requesting an adjournment of the February 24, 2022, Initial Conference as the undersigned is unavailable. I have spoken to counsel for the defendants who consents to this request. The extension is necessary due to prior commitments of the undersigned as well as previously scheduled hearings, trials and depositions. I propose the following dates: March 3, March 11, April 4, April 5, April 20, April 21 and the weeks of May 2 and May 9, 2022. Should none of these dates work for the court I would request a date in June 2022. This is the first request and the parties have not been issued a discovery scheduling order. Thank you for your consideration of this request.

           Very truly yours,

           *Caner J Demirayak*
           Caner Demirayak, Esq.