

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
Fax: 646-679-2527

718-344-6048
caner@canerlawoffice.com

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted. The Initial Conference is hereby adjourned to June 16, 2022 at 2:00 p.m.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence at ECF 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           April 19, 2022

**Re:    00162-Defranco**
       **21-cv-7478-PMH**

Dear Judge Halpern:

     This office represents the plaintiff in the above referenced matter. I write to you requesting an adjournment of the April 20, 2022, Initial Conference as the undersigned will be actively engaged in a homicide trial in Kings County, Supreme Court: Criminal Term at that time. I have spoken to counsel for the defendants who consents to this request. The trial is expected to take more than 30 days to complete. As such, I request this conference be adjourned to a date at least after May 30, 2022. I am also unavailable on June 1, 2, 9 through 15, June 21, June 27, July 12, 2022. This is the second request and the parties have not been issued a discovery scheduling order. Thank you for your consideration of this request.

                                Very truly yours,

                                *Caner J Demirayak*
                                Caner Demirayak, Esq.